Mustafa A. Whitfield
#317479
1181 Paddock Rd.
Smyrna, DE. 19977

Clerk of Court
United States District Court
District of Delaware
844 King St. Lockbox 18
Wilmington, DE. 19801

April 4, 2006

RE: Civil Action No.
06-137-GMS



FILED
APR -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Dear Clerk,

    I am writing in regards to the above action, to wit, a Writ of Habeas Corpus. I wish to amend my Petition to include a Memorandum of Law in support of the Petition.

    Also please send me a copy of the Appendix I filed along with my Petition. The guards, guard [sic] guards here shook me down and apparently took my only copy. And if possible send me a docket sheet. Thank you in advance.

Very Truely Yours
x *Mustafa Whitfield*
Mustafa A. Whitfield



I/M Mustafa Winfield
SBI# 317479   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 APR 2006 PM 2 L

S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570