IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MUSTAFA A. WHITFIELD,           )
                                )
        Petitioner,             )
                                )
v.                              )    Civil Action No. 06-137-GMS
                                )
THOMAS CARROLL,                 )
Warden, and CARL C.             )
DANBERG, Attorney               )
General of the State of         )
Delaware,                       )
                                )
        Respondents.            )



**AEDPA ELECTION FORM**

1. _____    I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

☆ 2. ✗    I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____    I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one

☆ To Include only
A Memorandum of Law. All other PAperwork Filed
Shall Remain Part of The Petition

that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

*/s/ Mustafa Whitfield*
Petitioner