Case Number: 1:06-CV-137 (GMS)

Dear Judge Gregory M. Sleet

   Hello!, My name is Mustafa Whitfield. I have a deadline (May 1, 2006) to file my memorandum with the court. I apologize for asking so late, but asking for a two week extension (May 15, 2006) to file it, if possible. If it's not possible thank you anyway.

                      Thank You
                      Mustafa Whitfield

4-26-06

FILED
APR 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

M/MuStafa Whitfield
SBI# 317479    UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 APR 2006 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilm, DE 19801-3570

U.S.M.S.
X-RAY