IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MUSTAFA A. WHITFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-137-GMS |
| | ) | |
| THOMAS CARROLL, Warden, and CARL C. DANBERG, Attorney General of the State of Delaware, | ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

At Wilmington this 10th day of July, 2006;

IT IS ORDERED that:

Petitioner Mustafa A. Whitfield's motion for an extension of time to file an amended memorandum is GRANTED. (D.I. 7.) Whitfield has until July 14, 2006 to file a memorandum. The court will review the petition as filed if Whitfield fails to comply with the court's order.

UNITED STATES DISTRICT JUDGE