IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MUSTAFA A. WHITFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 137 |
| v. | ) | Civil Action No. 06-~~434~~-GMS |
| | ) | |
| PATRICK RYAN, | ) | |
| Warden, and CARL C. | ) | |
| DANBERG, Attorney | ) | |
| General of the State of | ) | |
| Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

At Wilmington this 27th day of Sept, 2006, the petition of Mustafa A. Whitfield for a Writ of Habeas Corpus having been reviewed pursuant to Rule 4, 28 U.S.C. foll. § 2254, and noting that Whitfield has not filed an amended petition as indicated in his AEDPA election form;

IT IS HEREBY ORDERED that:

1. Pursuant to Rules 3(b) and 4, 28 U.S.C. foll. § 2254, the clerk shall forthwith serve a copy of the petition (D.I. 2), the order dated March 30, 2006 (D.I. 4), the AEDPA election form (D.I. 6), the order granting Whitfield's motion to extend the time for filing an amended habeas petition (D.I. 8), and this order upon: (1) the above-named Warden of the facility in which petitioner is housed; and (2) the Attorney General of the State of Delaware.

2. Within **forty-five (45) days of service** of the petition and this order, in accordance with Rule 5, 28 U.S.C. foll. § 2254, respondents shall:

    a. State whether the petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the State and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding;

    b. State whether any claim in the petition is barred by a procedural bar, non-retroactivity, or the statute of limitations;

    c. Respond to the allegations of the petition;

    d. Indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed;

    e. Attach to the answer certified copies of such portions of the transcripts as may be material to the questions raised in the petition, as well as certified copies of the petitioner's brief(s) on appeal (direct and/or post-conviction) and of the opinion(s) of the appellate court, if any.

    **f. Attach to the answer copies of any Rule 61 affidavits filed by petitioner's trial and/or appellate counsel**

in response to allegations of ineffective assistance of counsel raised in a petitioner's post-conviction proceeding filed pursuant to Delaware Superior Court Criminal Rule 61.

    3.   The clerk shall mail a copy of this order forthwith to the petitioner.

UNITED STATES DISTRICT JUDGE

FILED

SEP 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE