D.I. #_____

# CIVIL ACTION
# NUMBER: 06 CV 137 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.30 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, SEP 29 2006

Sent To: LOREN MEYERS, DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE, 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7005 1820 0004 3169 6503

PS Form 3800, June 2002                See Reverse for Instructions