D.I. #_____

# CIVIL ACTION
# NUMBER: 06 cv 137 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT | |
|---|---|
| (Domestic Mail Only; No Insurance Coverage Provided) | |
| Postage | $ 1.35 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.60 |
| Sent To | WARDEN TOM CARROLL DELAWARE CORRECTIONAL CENTER |
| Street, Apt. No.; or PO Box No. | 1181 PADDOCK RD. |
| City, State, ZIP+4 | SMYRNA, DE 19977 |

Postmark: WILMINGTON DE 19801, RODNEY SQ STA, SEP 29 2006

Article No: 7005 1820 0004 3169 6497

PS Form 3800, June 2002        See Reverse for Instructions