12/26/06

C.A. No. 06-137-GMS

Dear Judge Gregory M. Sleet: GMS

FILED
JAN -4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Hello! My name is Mustafa Whitfield. I have a complaint which I believe you are residing over and I'm coming to you for help. I say this under penalty of perjury and the court can do what it deems nessarry. I can't take this to the Delaware Superior Court Judge who reside over my case because ① she's turned down everything I sent her way without even reading saying I write to much I just stoped writting and ② the good ole boy system Delaware has when it comes to things of this nature.

Now I believe through the paper work I have, the State prosecutors who prosecuted my case along with the lead Detective tampered with a piece of evidence, a dispatch tape. Now I have a log sheet from around 10/15/02 (the day I was arrested) which has the description of the suspects at 12:06 a.m. I was arrest according to another sheet 11:58 p.m. 8 minutes Before this description was called in. Yet some how this description is on this tape about 3 minutes before I was stopped yet things match up as far as timeing for other things. I can't explain it would be to long but I'm asking if you could order a federal investigation, its in the paperwork.

It's in black and white I can't send this to the State Court the judge would shoot it down saying it has no merit, yet no even give me the chance or the resources, It's a big paper trail and it's in black and white. The Court would even entertain it, if it was discovered maybe every attorney in Delaware would be filing motions, I'm just ask to speak to one person who is willing to look at what I'm sayin or listen and put some type of order barring the Detective and the State access to the original mini-cassette tape and Exhibit 44 the tape used at my trial. I can prove the tamp at trial was tampered with thank you. Also it will be in my responce to the States answer.

Mustafa Whitfield




I/M Mustafa Whitfield
SBI# 317479   UNIT A7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
03 JAN 2007 PM 3 L

Office of Clerk
United State District Court
844 N. King Street Lock box 18
Wilm, DE, 19801-3570