**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **MUSTAFA A. WHITFIELD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-137-GMS |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents.[1] | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware Superior Court documents in ID No. 0210009174 have been manually filed with the Court and are available in paper form only:

      a.  Criminal Docket

      b.  Motion for New Trial (Feb. 2, 2004)

      c.  State's Response to Motion for New Trial (Mar. 3, 2004)

      d.  *Pro se* Notice of Appeal (Mar. 5, 2004)

      e.  Motion for Postconviction Relief with attachments (Mar. 8, 2005)

      f.  Order (June 27, 2005).

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500

January 22, 2007                        elizabeth.mcfarlan@state.de.us

---

1 *See* Fed.R.Civ.P. 25(d)(1).  Attorney General Joseph R. Biden, III, assumed office on January 2, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on January 22, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Mustafa Whitfield
SBI No. 317479
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us