IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MUSTAFA A. WHITFIELD**, | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 06-137-GMS |
| **THOMAS CARROLL**, Warden, and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware, | : | |
| Respondents.[1] | : | |

**MOTION FOR EXTENSION OF TIME TO FILE
CERTIFIED STATE COURT RECORDS**

1.   The petitioner, Mustafa Whitfield, has applied for federal habeas relief challenging his February 2004 convictions in Delaware Superior Court for attempted robbery first degree, assault second degree, two counts of possession of a firearm during the commission of a felony, reckless endangering first degree, wearing a disguise during the commission of a felony, and conspiracy second degree.  D.I. 2.  The undersigned filed an answer to the petition on December 21, 2006.

2.   By the terms of the Court's order, the respondents are directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.  Respondents moved for an extension of time until January 22, 2007 to file the state court records.  D.I. 16.  The undersigned is filing the Delaware Superior Court records today.

---

[1] *See* Fed.R.Civ.P. 25(d)(1).  Attorney General Joseph R. Biden, III, assumed office on January 2, 2007, replacing former Attorney General Carl C. Danberg, an original party to this case.

3.  However, due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state supreme court records in order to file today. The undersigned was out of the office for several days last week due to an illness. Further, the Chief of Appeals, who had anticipated retrieving the records from Dover last week, was unable to do so. The undersigned anticipates obtaining and copying the records on or before February 12, 2007.

4.  Respondents submit that an extension of time to February 12, 2007 in which to file certified copies of the material portions of the state supreme court records in this case is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date: January 22, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MUSTAFA A. WHITFIELD**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 06-137-GMS |
| : | |
| **THOMAS CARROLL**, : | |
| Warden, and **JOSEPH R. BIDEN, III**, : | |
| Attorney General for the State of Delaware, : | |
| : | |
| Respondents. : | |

## ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before February 12, 2007.

_____
United States District Judge

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  January 22, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2007, I electronically filed this motion for extension of time to file certified state court records and attachments with the Clerk of Court using CM/ECF. I also hereby certify that on January 22, 2007, I have mailed by United States Service, two copies of the same documents to the following non-registered participant:

Mustafa Whitfield
SBI No. 317479
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us