**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **MUSTAFA A. WHITFIELD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-137-GMS |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Opening Brief & Appendix (No. 327, 2005)

    b. State's Answering Brief (No. 327, 2005)

    c. Reply Brief (No. 327, 2005)

    d. Order (Dec. 13, 2005) (No. 327, 2005)

    e. Motion for Rehearing *En Banc* (No. 327, 2005)

    f. Order (Jan. 9, 2006) (No. 327, 2005).

     2. The Clerk of the Delaware Supreme Court was unable to locate the file for *Whitfield v. State*, No. 156, 2004, when prosecutors attempted to obtain the certified copies. As soon the Clerk can locate the file, the State will promptly forward the certified copies to this Court.

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

February 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on February 12, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Mustafa Whitfield
    SBI No. 317479
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us