**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **MUSTAFA A. WHITFIELD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-137-GMS |
| | : | |
| **THOMAS CARROLL**, | : | |
| Warden, and **JOSEPH R. BIDEN, III**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

   a. Opening Brief & Appendix (No. 156, 2004)

   b. State's Answering Brief (No. 156, 2004)

   c. Reply Brief (No. 156, 2004)

   d. Opinion (Dec. 29, 2004) (No. 156, 2004)

   e. Motion for Rehearing *En Banc* (No. 156, 2004)

   f. Order (Feb. 4, 2005) (No. 156, 2004).

/s/ Elizabeth R. McFarlan
Deputy Attorney General (Del. Bar. ID #. 3759)
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
elizabeth.mcfarlan@state.de.us

March 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on March 12, 2007, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Mustafa Whitfield
    SBI No. 317479
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us