1:06-cv-00137-GMS

Mustafa Whitfield v. Carroll et al

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 APR 13  AM 11: 57

Dear Judge Gregory M. Sleet (GMS)

Hello! My name is Mustafa Whitfield. I would like to inform the Court that I sent out a motion to compel on 4/4/07 requesting a copy of Dispatch channels 'A' and 'C' pertaining to my case. Through my investigation figured out that the Det. (Stephen Misetic) falsely testified pertaining the evidence which was used by the State and the State knew it was false.

Everything in regards to the prosecutional misconduct is centered around this very important tape in which if I can get a copy of I would like to include in my argument. But since I am 99% sure the State would be in opposition to me receiving a full copy (which I should have had prior to trial) I know for a fact the motion will not be granted so I cannot provide this important key piece of evidence into the States misconduct. If by chance the motion is granted then I'll explain my argument into the misconduct.

All in all I would like the District Court (if possible) to hold its ruleing until the motion to compel is fully litigated. Thank You

Mustafa Whitfield
317474

4/5/07

I/M Mustafa Whitfield

SBI# 317476          UNIT 17

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE  19977

WILMINGTON DE 197

06 APR 2007 PM 3 T

Judge Gregory M. Sleet

United States District Court

844 N. King Street, Lockbox 19

Wilmington, DE. 19801

19801+3519   C012