Dear: Honorable Gregory M. Sleet (GMS)
1:06-CV-~~00544~~ 00137

Hello! My name is Mustafa Whitfield. I asked that the court withhold judgement until the Superior Court rules on my Motion to Compel. The Motion was stricken and I am appealing the decision but I ask the court to rule as it wills. Attached is a copy of the decision.

Date: 7/31/07

Mustafa Whitfield

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 AUG -2 PM 3:03
BD Scanned

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| STATE OF DELAWARE, | : |
| v. | : Criminal I.D. 0210009174 |
| MUSTAFA WHITFIELD | : |

ORDER

This 12th day of July, 2007, upon consideration of the Motion to Compel filed by the defendant on April 10, 2007, it appears:

1. The defendant ("Whitfield") was convicted on February 6, 2004, of Attempted Robbery 1st Degree, two counts of Possession of a Firearm During the Commission of a Felony, Reckless Endangerment 1st Degree, Wearing a Disguise During the Commission of a Felony, and Conspiracy 2nd Degree. His conviction was affirmed by the Supreme Court on December 29, 2004.[1]

2. Whitfield filed a motion for postconviction relief pursuant to Superior Court Criminal Rule 61. That motion was denied by this Court on June 27, 2005. He appealed the decision. The Supreme Court affirmed the decision on December 13, 2005.[2]

3. Whitfield has now filed a Motion to Compel, referring to discovery available to accused under Superior Court Criminal Rule 16(b)(1). The discovery provided pursuant to that rule is not available to a sentenced inmate; it was available and utilized by defendant and his counsel as part of the pre-trial process. The only remedy available to the defendant at this time is postconviction relief. The defendant has previously sought postconviction relief and it has been denied. The denial has been affirmed.

WHEREFORE, the motion to compel is STRICKEN.

IT IS SO ORDERED.

_____
Judge Susan C. Del Pesco

Original to Prothonotary
xc:   Mustafa Whitfield, DCC

---

[1] *Whitfield v. State*, 867 A.2d 168 (Del. 2004).

[2] *Whitfield v. State*, Del. Supr., No. 327, 2005, Steele, C.J. (Dec. 13, 2005)(ORDER).

IM Mustafa Winfield
SBI# 317474   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 AUG 2007 PM 3 T

U.S. District Court
544 N. King Street Lockbox 18
Wilm DE, 19801