The evidence that I tried raise identification and affidavit issues.

CA 06-1376MS

April 20, 2008

To: Judge Gregory ~~Sleges~~ M. Slect
From: Mustafa Whitfield
RE: Clasification



RECEIVED

APR 28 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Hello Sir, On April 16, 2008 your court denied two of my three arguments because of Stone v. Powell, 428 U.S. 465, 494 (1976). Federal courts cannot provide hebeas review of Fourth Amendment claims if the petitioner had a full and fair opportunity to litigate Fourth Amendment claims in the State courts. Your court also said ("We have also held... that claims under Mapp [ alleging evidence obtained in violation of the Fourth Amendment] are not cognizable on hebeas as long as the courts have provided a full and fair opportunity to litigate ~~to~~ them at trial or on direct appeal")

Your court barred me stating "Whitfield could have filed a motion to suppress pursuant to Rule 41 of the Delaware Superior Court Rules of Criminal Procedures, BUT HE CHOSE NOT TO DO SO".

Also "Accordingly, the court will deny Whitfield's two Fourth Amendment claims as barred by Stone".

I cannot tell you how to do your job but I want to say maybe you could have dug a little deeper about that Stance. I have few papers that prove that I did chose to utilize
m

Rule 41 and I tried to argue these thing on direct appeal.

I went to trial on January 29, 2004. I included three letters I sent to Superior Court Judge Joseph Slights dated 11/12/03, 12/10/03 and 12/15/03 (Superior Court Criminal Docket numbers 44, 42, 46) in which I questioned my "positive identification and other things in the officers reports not matching Dr. Stephen Misetic's reports. 1: Notice of Motion for Police Statement to be Dismissed. 2: Motion For Dismissal of Charges, and 3: One letter about my clothing being lost which would reveal I wasn't wearing dark clothing.

I asked my attorney several times to file motions regarding the information (false information) used in the affidavits and reports but he wouldn't respond to me in October 2003. He worked for the State not for me and sold me out so I fired him and in each motion I filed I clearly stated that he was fired. So how could the Court say I chose not to when I tried before my trial but couldn't because the State hired one of their cronies who wouldn't listen to me. Is that the full and fair litigation you were talking about? My attorney not answering me, so I filed my own pro se and the were sent to him even after I fired him. I guess thats fair if he doesn't file it after I tell him to I get punished for not filing it. What was I supposed to do? I chose to file these motions and the record reflects that, but my attorney didn't answer them even after the Court sent them to me now I'm barred because

he didn't file them, but that's full and fair litigation.

Even at my trial I told the court I wanted to represent myself and I was denied. I told my attorney to bring it up during trial after the stories didn't match and he said nothing. The reports were false and how Matthew Derbyshires testimony didn't match his report and his partners testimony he told me "could lie on the stand if the jury believes him"

For my direct appeal he wouldn't listen to me and I made it clear I would file my own appeal at my sentencing. Supreme Court Docket #'s 16 and 20 show that. I included ## 20 dated 9/21/04 in which I said I did everything I could and my attorney didn't file one of my issues and they ignored every letter I wrote about him not representing me anymore. He hasn't worked for me the whole time he represented me now the Court tells me I'm barred because I didn't raise them on my direct when my attorney wouldn't let me raise them, That's not fair I didn't have a chance before, during, or after my trial to raise these issues even though the record does reflect I tried to.

### Conclusion

I tried before my trial to raise issues about the information in my affidavit but nobody would listen and my court appointed attorney was obviously working against me. At my trial I couldn't fire him and I wasn't going to jump up in the middle of trial and act a fool like they wanted to get my point across. On direct appeal the letter clearly states he did (didn't) raise

(3)

any of them" (My issues) Now because I "chose not do so" I'm barred. I can't even appeal to higher court to show them I did chose to file motions and these issues on appeal but I couldn't, now I'm barred because couldn't. I'm barred because I had a fair chance to question these reports but I didn't really have a shot. I would like to prove a few more things that were errors but I don't have enough paper at right now. I just wanted show you how dirty this State plays, you should have had copies of the papers that proved I chose to file motions questioning my identification and clothing descriptions but you didn't.

Mustafa Whitfield

Exhibit A: letter to Judge Slights/motion for dismissal of Charges Dated: 12/15/03

Exhibit B: motion to get Police Statements dismissed
Date 12/10/03

Exhibit C: letter to Judge Slights complaining about my clothing
Date 11/12/03

Exhibit D: letter to Delaware Supreme Court about firing my attorney because he wouldn't raise any of my issues in my direct
Date 9/21/04

Exhibit A

## Motion For Dismissal of Charges
### By Court.                                    12/15/03

I.D No. 0210009174

2003 DEC 30   AM 9:06
FILED
PROTHONOTARY

Dear Judge Joseph Slights:

I'm writting you to inform that I'll be representing my self at trial. The attached Motion for a dismissal by court was prepared by me so I plea and hope that you will excuse the misspellings and the unprofessionalism of it. I tried to get my ex attorney Joseph M. Bernstein to put them in but got so results. So again please excuse me. Thank you.

Mustafa a. Whitfield
Mustafa A. Whitfield
317470
MPCJF
Wilmington DE 19809

I.D No. 0210009174                    12/15/03


                                  Motion For Dismissal
Dear Judge Joseph Slights        of Charges


    Hello! My name is Mustafa Whitfield. I'm
scheduled for trial infront of you on 01/29/04.
I'm writting you to ask for a dismissal by court.
In this motion for a dismissal of all charges by
court I will explain.
              Agrument 1


I have been detained on these charges since Oct. 15, 2002.
When arrested the police say that I was positively identified.
But the arresting officer who located Akeem Coleman,
never came over to Emannuel Robinson and I, and said
"that's them. The police said "we're just taking you two down
for an investagation". We sat down there and the police
who arrested Coleman came a hour later and asked us
were the ones running with Coleman". What type of
investagation was that?
              Agrument 2
November, 2002 detective Stephen R. Misetic

Still Agrument 2

Came to the New Castle County Detention Center.
He was with two other males I don't recall their
names. Those three came and collected hair samples
from me. After I had three case reviews and was
scheduled for trial on July 22, 03 the police
decided to put the hair samples in June a month before
trial. The prosecutin asked the court a week before
trial for a continuence of trial because of the results
of these samples which came back that my hair was
similar microscopically to hair found on a T-shirt
found at the scene of the crime. That's what my
ex-attorny Joesph Bernstein said. The trial Judge
granted it (the continuence). The judge also checked the
calender and made a new trial date that everyone agreed
on. Joesph Bernstein said. He told me my new trial date
was October 15, 03 and the trial Judge Haile L. Alford
God Bless Her said "The State has until that date to have
the results of a DNA and must be ready for trial". Per
Bernstein. She gave them 3 months the state said
"O.K". Per Bernstein. Late August the results came
back on the hair DNA and it said that I wasn't
the donor. Now the state has a problem. So all of
a sudden there was suveat on this T-shirt found at

Still Agrument 2

the crime scene. So for some odd reason the police scurry to come test if the sweat was mine, they took blood and mucuse from me 10 months after this crime had taken place. Mr. Bernstein never told me why they (dedective Misetic) came and took these things after I wrote him several times. I guess they found out this sweat was not mine either so two weeks after me the come get they same from Robinson and Coleman. Now it's about a month till trial. Now the results of this came back before trial but the prosecutor needed the report for trial. A week before the trial Emannuel's attorney told him sweat was on the shirt now and that was the reason why they took the blood and things. Now this is a week before the year date and Emannuel's attorney said we would be going to trial in a week. Per Emannuel his attorney never knew it was going to be continued. A day before trial I get a letter from my ex-attorney saying that my trial was being continued because the prosecutor had a murder trial. Why would Judge Haile Alford (God Bless Her) schedule my trial the same day the prosecutor has a important trial like murder? About two weeks

Still Agument 2

later I get a letter that the prosecutor typed
that said this case has been rescheduled because
the state needs to obtain the report from the DNA.
Now the late Judge Haile Alford (God Bless Her) gave
the State 3 months and to obtain the report it takes
Six to eight weeks. So was it because the prosecutor
had a murder trial it was continued or was it because
the state needed that report for trial but already had
the results? Now if the late Judge Haile Alford (God Bless Her)
gave the State this deadline and they didn't make it
the murder trial must mean it was a diversion from the
deadline that they had to meet. Because they really
needed this report the state at trial so the used
the murder trial which was not at the same time as
a cover up. Now that is an extrem prejudicial effect
on me. All of this is a part unnecessary delay and
lying. And some false statements from the Attorneys
and State to the clients or defendants.

Agrument 3

While in state custody the clothing I was
wearing the night I was arrested vanished. Nobody
knew where it was after my family tried to retrieve
these things for my trial Police are saying I had on

something different than what I had on. The victim said I had dark clothing, so he couldn't tell who I was. This is a well lit area. Because these items are missing and police and state are fabricating lies, and showing more of a racial prejudice to me I have little chance of beatting this trial. I say racial prejudice because of them claming the saw three black males, I figure it was because of the area.

## Agrument 4

Now the iceing on the cake. The police officers (Derbyshire / Rado) said "they last saw the suspects running towards Tatnall Street." Now it says "Emanuel and I were located walking east bound on 5th street from Tatnall Street. Which is consistent with the direction they were last seen running from." That's on page two of Det. Misetic's report. But when we were located we were on Tatnall street. How could we be in an apartment complex on Tatnall street but be walking from Tatnall Street? Now were the lies get stoped. In the first affidavit from (Derbyshire/Rado) they said "that we were walk on W. 4th street when located" When were observed walking it was from 5th and West streets, towards Tatnall. The police saw use walking down the

Street and Emannuel grabing my shirt so they stoped in the middle of 5th and Tatnall as we were walking towards them. Now these reports don't know where we were located on is saying this and another is saying that. The other (Misettic) is saying that so it could look like I was running from the crime and past an apartment complex that's on Tatnall at 5th. is where I was located walking from West Street and Misetic is contradicting what Derbyshire/Prado said, because they said we were located walking in the 200 Blk. of W. 4th St but we were seen walking from W. 5th but located at 5th and Tatnall st. By them (Derbyshire/Prado) saying that would indicate that they never saw use when located and assumed it was because they never saw use. Which would contradict what Misetic's report said when it said we (Emannuel and I) were positively identified by the officers who "saw use" running from the crime scene. But these two officers (Derbyshire/Prado) say were the ones they saw running but were located on 4th and West Street when they said we were last seen running towards 5th and Tatnall. It shows that Misetic lied in his report to cover up what Derbyshire/Prado said. He (Misetic) said they

positively identified use at 5th and Tatnall or a little
past it but we were located at an apartment complex
on Tatnall and 5th. So he (Misetic) covered it up. when
all the stories weren't making since when they positively
identified use but it was at 4th and West Street when
they did. So this is 100% that the police officers
(Derbyshire / Rado) lied when they said they saw us running.
Now these two police officers (Derbyshire / Rado) are
willing to come and put their hands on the Bible and
say they are positively sure that I'm the one they saw
running from the crime scene but never knew a
crime had taken place. Now if that is not a prejudice.
I don't know what is.

## Conclusion:

Lies, Lies, Lies. Cover up after cover up to put me
at this crime. Everything I've stated was in (Derbyshire
and Rado's) report and in Det. Misetic's report. From the
time the claim they saw me running to the time the claim
I was on West 4th St. When they identified me as this
suspect. Misetic covering up their lies to fit his story.
State somehow losing the cloths (gray Sweater that
was light with Pepi Lapos the French Scunk on it trying
to kiss a cat) Which is something that would be instilled

in the victim because as a young child mostly everyone watched Loony Tunes cartoons. The police didn't mention it because they didn't see it because they were stuck on how they would be able to lie and put me at this crime. When from the first day the lies started (false statements that are written) and believe that (lieing) in a written statement is a class A misdemeanor, Felony or misdemeanor it's still breaking the law. And for a Det. (Misetic) and two patrol officers (Derbyshire / Prado) to do that when someones life is on the line is wrong. Now because of all the factors and prejudices against me in this case I rule that the court or State dismiss these charges against me in an expeditious fashion and an complete investagation be the officers who lied from the start. Or the State close their case against me and reopen it if they deem it necessary. Thank You

Mustafa A Whitfield

Mustafa Whitfield

MPCJF 317479

Wilm, DE 19809

210009179

(42)

12/10/03

Dear Judge Joseph Slights:

2003 DEC 15 PM 4:42
PROTHONOTARY
FILED

I'm sending the motion because problems I'm
have with my attorney Joseph M. Bergstein and
he will not be reprenting me at trial. I would
like to reprent myself even through I don't have an
professional understanding of the law. The reason why
I'm writting my own motions is because my attorney
Bergstein wont file them for me and I have reason to
believe he's against me in this case. So please forgive
my hand writting, misspelled words because I doing this
all by my self. Thanks

Defendant: Mustafa A. Whitfield

Mustafa A. Whitfield

Notice of Motion

Motion For Police Statement to be    12/10/03
Dismissed

Dear Judge Joseph Slights:


Hello! My name is Mustofa Whitfield I.D. No. 0210009174.
I'm writing regarding false statements made by the police and
asking that police statement be dismissed at trial because of
fabricating. So this is a motion for the police statement not to
be heard at trial.

### Agrument One

Now I've been doing some research on the area where this
crime had taken place. There's two police officers (Derbyshire/Prado)
who said "We were on routine patrol in our marked patrol vehicle
as we were stopped at a red light at the intersection of 4th and
West STS. At this light on 4th and West STS they saw three black
males wearing all dark clothing running from the scene of the crime.
Now fourth and West STS is down the street, around a corner, and
a block away and at the time of the crime it was night time.
They (Police officers) are saying they saw me running from the crime
Scene but in order for them to that they would have had seen me
at the crime. They would have to point me out and say they
saw me at the crime and saw me running. And at the time

they were at this light so they didn't know a crime had taken place. So how could they see me running from a crime that they didn't know had taken place. These officers are saying they saw me at this crime and saying they saw me running from the crime. Now if they did see me which they did not, the only thing the could have said was I looked like one of the peolpe the saw runing from the direction of the scene. But they said the saw me running from the scene but didn't know a crime had take place so there for their fabricating. It would be impossible, the only thing they could have said was they "saw me" running from the direction.

## Agrument Two

These same two officers (Derbyshire/Prado) said they saw three black males in dark clothing running, two of the males jumped over a fence or wall (Et says both in the report) onto private property. All of this they saw from at the light on 4th and West STS. They said "this raised the suspicion of the patrol officers". That's when the patrol officers began to travel towards the suspects. So what that says is that they saw three black males running a block away at night wearing dark clothing that's all they saw. So how could they see a gray sweat shirt on me if they were a block away and only saw dark clothing

in the were at a light a block away. So that means they
only saw three black males wearing dark clothing.

### Agrument Three

The same officers (Derbyshire/Prado) said they saw three
black males running wearing dark clothing. This is a block
away, but than they said Akeem Coleman had on a white T-shirt.
How could these two officers say a whit T-Shirt was dark
clothing? What that means is that they don't know what they saw.

### Agrument Four

These same officers (Derbyshire/Prado) said they saw "three
black males". Now the victim "advised that two of the suspects
had white T-shirts on their faces". When the suspects were
running that would mean two of them still had them on while
running. So how could these two officers who couldn't tell
white from a dark color tell under a white T-shirt that
two of the suspect were black males?

### Agrument Five

The victim (Anthony Meek) told the police that two of the suspects
had on matching dark clothing. Now in the report it said where
the crime had taken place it was very well lit. Another witness

( Fransisco Failey) said that he saw three males wearing dark clothing, So if the victim who said they were two feet away didn't see gray how could two police officers say they saw gray a black away but first it was just dark clothing.

Agrument six

Now I had on gray witch was not dark and was not a sweat shirt but a SWEATER. This gray but not dark SWEATER had Loony Tunes chacters on it that cover the whole chest area. Loony Tunes charcters were Pepi Lapoo a french spunk trying to kiss a black and white cat that covered the whole chest. Iceberg SWEATER with both characters in black and white with blue around them about 13 inches. But the victim did not see that or said anything like that all he said was two suspects with matching clothing that was dark and white T-shirts on their faces. What means is that the police are just flat out lying. Now this SWEATER I had on is missing. While at the New Castle County Detention center some how my clothing just up and walked away. This was while I was there, and those cloths were supposed to help me at trial. But the State lost the clothing.

## Conclusion

It's all in black and white what I have mention in this case. These officers are just flat out lying just to solve a case. From the beginning 14 months ago I've been studying this case and my focuse has been on it. I believe I left no rock unturned in this matter. It is as plan as the eye can see that the police don't know who or what they saw and lied in the report. Because of this lying my life has been damage and my life has been scolded. It shows that they fabricated this whole thing about them seeing me running from the scene but didn't know a crime had taken place. They fabricated that they saw dark clothing and then turned around and said they saw a gray SWEATShirt and White T-Shirt. But they said two suspects jumped over a fence or wall before they even got stated towards them which means they only saw dark clothing. These officers are willing to come testify that they saw me at a crime and running from it, that they saw me jump over a fence or wall, and that they saw me with a gray sweatshirt on. But it's all on the report if you read between the lines that they are lieing and fabricating what they might have seen just to put me at a crime seen. Because of these factors I really hope that the polices statement not be heard at trial for lying, fabricating, extreme prejudice, not investigating and misleading. This shouldn't



≡0.37≡
U.S. POSTAGE
PB METER
7122808

WILMINGTON DEC 12 03

INMATE
LEGAL MAIL

Judge Joseph Slights
New Castle County Courthouse
500 N. King Street
Wilm, DE 19801

1380113703 12

I, Whitfield
174799
MPCJF
I, DE. 19809

Exhibit C

44

1/12/03

Dear Judge Joseph R. Slights, III

case # 215089174

Hello! My name is Mustafa Whitfield. I am writing you
to ask a few questions. I am scheduled to go to trial in
front of you on Thursday, 01/29/2004. I am having a problem
with my case and I am see some kind of prejudice against me.
My trial as been rescheduled twice. The first time it was reschedul.
was because there was some hair found on a t-shirt at a crime
scene that was similar microscopically to mine and they had
to do DNA test to see for sure. This was nine months after they
first took my hair. Then the hair samples came back and it said
that I was not the donor of the hair. This was in August, 2003. When
the hair came back and it was not me 10 months later all of a
sudden there is sweat on the T-shirt. My trial was rescheduled
till October 15, 03. The sweat came back and I was not the donor
of it but they didn't get the results till after October 15, 03.
My last Judge Haile L. Alford gave the state until 10/03 before
the trial to have the results. The results didn't come back before
my trial but they all ready knew them. That's twice my trial got
rescheduled over DNA test that should have been done. I have
been detained on these charges since October 15, 2002. I go
to trial January 29, 2004. There is another prejudice against
me to. I've been writing my attorney about it for the past
six months. The state who I was at for over six months

my cloths I was arrested in. Some how within those six months I was there they just got up and walked away. Now I need those things to help prove my innocense but their missing. I've read that it is the states duty to preserve my things. Those things were going to help my defence but the state cannot find them. I am telling you this because on Jan 29, 04 about because it would be to late and my case would not stand a chance. Due to these factors I would like to know if I could put my own rule 46 or 48 in. House arrest till trial or something because I've been writing my attorney about these things and I have not a responce yet. Due to the three pregudices against me (1) They put my DNA stuff in late twice (2) The state rescheduled my case twice because the need results and (3) The state lost my cloth and those cloths would have help my defence alot. Thank You.

Mustapa A. Whitfield
317479
MPCJF
Wilm, DE 19809

≡037≡

U.S. POSTAGE

PB METER
7122808

WILMINGTON

NOV 25 03

To: Judge Joseph R. Slights, III
Superior Court New Castle
New Castle County Courthouse
500 N. King Street
Wilmington, DE. 19801

M.Whitfield
311400
11905
Wilm. DE 19809

#α

Exhibit O

2005 SEP 23 P 12: 32

9/21/04

DOVER

156, 2004

TO: Clerk of Supreme Court.

You people may not understand my position.
The State of Delaware has forced me into this situation.
For the fourth time I am telling this state I wish
to represent myself. I've had problems with my
court appointed attorney since November 2003 and
I wrote the courts. The court forward the letters to
him. I've wrote everyone I possibly can about this.
He didn't ask me if I wanted to put any issues in
my appeal that I want to raise. I had to find out
from a prison inmate that I can do that. I raised
good issues for a month sometimes send three
copies of the same issue just to get my point across.
He did raise any of them. I move that the court
~~strike this~~ relieve Joseph Bernstein from my case.
I move that the court give me the proper instruction
on how to raise my appeal. The court has "railroaded"
me into going to court with this men and I will not
step into another courtroom with him. The State has
ignored everything I have wrote up about him and sent
every letter I wrote to him to make decesion which he
never acts on. I don't want this guy working on
my appeal.

IM: Mustafa Oningela

SBI# 317715    UNIT 21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S. District Court (CGMS)

844 N. King Street Lockbox 18

Wilm DE 19801