06 cv 137 GMS

June 11, 2008

Dear Judge Joseph M. Sleet (JMS)

Hello! My name is Mustafa Whitfield. On April 16, 2008 you dismissed my habeas corpus citing that I had a full and fair chance to discuss my identification claims in a lower court but chose not to do so. I sent you the proof that I tried to raise identification issues but my attorney didn't act on them. One I would like to know if you received the evidence that I chose to. Two I was wondering if you were going to amend your ruling to at least show that I did everything I could to raise the identification problems in the affidavits so I can appeal your ruling.

Now by no means am I trying to rush you in anyway it's just that your ruling about the record not reflecting that I tried to raise identification issues wasn't correct and I tried to raise them on direct appeal but was shot down, so I'm sitting in this cell having to wait and see. Meaning that I don't even know if you received my motion and I'm going restless because this is my life. The State knew that I tried to raise these issues, I'm not surprised though that they said nothing even though they were supposed to correct you, because they are supposed to look for justice for the defendants too.



Thank you

Mustafa Whitfield



I/M Mustafa Whitfield
SBI# 317479   UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977

U.S.M.S.
X-RAY

U.S. District Court (JMS)
844 N King Street Lockbox 18
Wilm DE 19801