OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

June 16, 2008

TO:

Mustafa A. Whitfield
SBI#317479
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**RE:   STATUS OF MOTION FOR RECONSIDERATION CA: 06-137 GMS**

Dear Mr. Whitfield:

   This is in response to your letter received 6/13/08 requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and your motion for reconsideration is pending before the Court.  You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/dzs                                    PETER T. DALLEO
                                        CLERK


cc:  The Honorable Gregory M. Sleet
enc: Docket Sheet